IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA           *
V.                                 *
RAYMOND AIGBEKAEN                  *           Civil No. ____
                                   * * *

## PETITION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes Petitioner Raymond Aigbekaen and enters this motion for leave to proceed in forma Pauperis. The Petitioner submits that this Court has already made the determination that the petitioner is indigent and granted leave to proceed without full prepayment of fees in Case No. 23-6216. The petition asks that the Court also grant leave to proceed in forma Pauperis in this case.

The petitioner reiterates that this case concerns the petition for writ of mandamus which is filed simultaneously with this motion.

RECEIVED
2023 MAY 23 PM 2:10
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Respectfully Submitted:

Raymond Aigbekaen   05/14/2023

Raymond Aigbekaen (99655-379)
FCI Englewood
9595 West Quincy Ave
Littleton, Colorado 80123

Honorable Patricia S. Connor
Fourth Circuit Court of Appeals
1100 E. Main St
Richmond, VA 23219



23219-362800

"A mistake in calculating the recommended Guidelines Sentencing range is a SIGNIFICANT PROCEDURAL ERROR that requires us to remand for resentencing."